IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| TYRA HARRISON<br> *Plaintiff*,<br><br>v.<br><br>RVA DIRT, LLC,<br><br>and<br><br>BECCA DUVALL,<br> *Defendants*. | Civil Action No 3:24-cv-00384 (HEH) |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION
OF TIME FOR FILING RESPONSIVE PLEADINGS**

 Defendants RVA Dirt, LLC and Beca Duvall ("**Defendants**"), by and through undersigned counsel, pursuant to Local Rule 7(F)(2)(b), move the Court to grant an extension of time through and including July 5, 2024, in which the Defendants may file responsive pleadings to Plaintiff's Complaint. Plaintiff and Defendants have consented to the extension of time for filing responsive pleadings, to the entry of an Order granting this Motion, and to the waiver of a hearing.

            Respectfully submitted,

             /s/ Caroline V. Davis
            David L. Hauck, Esquire (VSB# 20565)
            Caroline V. Davis, Esquire (VSB#48123)
            Duane, Hauck, Davis, Gravatt & Campbell, P.C.
            100 West Franklin Street, Suite 100
            Richmond, Virginia 23220
            Telephone: 804-644-7400
            Facsimile: 804-303-8911
            dhauck@dhdgclaw.com
            cdavis@dhdgclaw.com
            *Counsel for Defendants RVA Dirt, LLC and*
            *Becca Duvall*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 20th day of June 2024, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF), to all counsel of record as follows:

Richard F. Hawkins, Esquire (VSB#40666)
THE HAWKINS LAW FIRM, PC
2222 Monument Avenue
Richmond, Virginia 23220
Telephone: 804-308-3040
Facsimile: 804-308-3132
rhawkins@thehawkinslawfirmpc.com
*Counsel for Plaintiff Tyra Harrison*

                                                                  /s/ Caroline v. Davis
                                                                   Caroline V. Davis