**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| **TYRA HARRISON,** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| **RVA DIRT, LLC** | )  Civil Action No.: 3:24-cv-384 |
| and | ) |
| **BECCA DUVAL,** | ) |
| **Defendants.** | ) |

**DEFENDANT REBECCA DUVAL'S MOTION TO DISMISS**

Defendant Rebecca DuVal, by counsel, in accordance with Federal Rule of Civil Procedure 12(b)(6), moves to dismiss the complaint filed against her by Plaintiff Tyra Harrison for its failure to state a claim upon which relief can be granted. For the reasons stated in the accompanying memorandum in support of her motion, Ms. DuVal respectfully requests that the Court grant her motion to dismiss, dismiss the complaint with prejudice, and award any further relief as the Court may deem just and proper.

Respectfully submitted,

By: /s/ J. Benjamin Rottenborn
J. Benjamin Rottenborn (VSB No. 84796)
Jamie H. Wood (VSB No. 97297)
Woods Rogers Vandeventer Black PLC
10 South Jefferson Street, Suite 1800
Roanoke, Virginia 24011
Telephone: (540) 983-7600
Facsimile: (540) 983-7711
ben.rottenborn@woodsrogers.com
jamie.wood@woodsrogers.com

*Counsel for Defendant Rebecca DuVal*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice to all counsel of record.

/s/ J. Benjamin Rottenborn
J. Benjamin Rottenborn
