ABOUT US   PODCAST   BLOG



SUBSCRIBE   DONATE   CONNECT

## 404

## Oops! Page not found.



SUBSCRIBE   DONATE   CONNECT

