

PODCAST    BLOG                                    SUBSCRIBE   DONATE   CONNECT

RVA Dirt was founded in August 2016 by three political activists: Francesca Leigh-Davis, Jessee Perry, and Melissa Vaughn. Their shared twitter account - @RVADirt - quickly became a go-to-source for clever, irreverent, and reliable coverage of City Council and School Board Meetings, candidate interviews, and city events. They found a new audience in 2017, when they launched Municipal Mania on WRIR 97.3 Richmond Independent Radio.

Today, RVA Dirt consists of four busy women making time to stick their noses into Richmond politics.

MEET THE TEAM

## MISSION

We believe that government works best when it is *accessible, accountable and transparent*. As self-appointed watchdogs, we are committed to bringing these principles to Richmond politics.

## GOALS

We use edutainment to connect Richmond residents with the information they need to confidently vote their interests at the ballot box.

**01.**
**–FACT-BASED RECAPS**

We go to the meetings, do our research, and relay what we learn. We're more "commenters" than journalists, but when we share our opinions, we'll share the receipts supporting them, too.

**02.**
**–RELIABLE ANALYSIS**

*Why did that happen?* and, *Why does it matter?* We consider the local, national, and historical context to better understand the events unfolding in the River City.

**03.**
**–ENGAGING COMMUNITY CONVERSATIONS**

Come for the dirt - stay for the jokes! Our irreverent punditry is cheeky, honest, and ripe for public engagement.

**04.**
**–ACCESSIBLE INFORMATION**

Can't make it to a 5 hour Board Meeting, or find a ride to (or parking at) City Hall? We reach across these equity barriers to bring the latest news right to your Twitter feed, Youtube, and airwaves.

"POLITICS CAN BE INFURIATING, ENTERTAINING, AND DOWN RIGHT BORING. BUT IT IS AN ABSOLUTELY INTEGRAL PART OF OUR LIVES THAT FRANKLY GETS OVERLOOKED, MISUNDERSTOOD, AND EASILY IGNORED. I DO THIS TO MAKE IT ACCESSIBLE… AND FUN."

— FRANCESCA LEIGH-DAVIS  |  CO-FOUNDER

## Awards & Accolades

**MEET THE SAVVIEST, SHADIEST PUNDITS IN THE CITY**
RVA MAG   |   FEB. 1, 2019

**TOP 40 UNDER 40**
STYLE WEEKLY   |   OCT. 23, 2018

**KEEPING WATCH**
RICHMOND MAGAZINE   |   JUNE 5, 2017

**FIELD NOTES: THE #RVA MAYOR RACE**
RICHMOND MAGAZINE   |   NOV. 8, 2016

SUBSCRIBE   DONATE   CONNECT

