IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRA HARRISON,           )
                         )
        Plaintiff,       )
                         )
v.                       )   Civil No. 3:24-cv-384–HEH
                         )
RVA DIRT, LLC, et al.,   )
                         )
        Defendants.      )

## FINAL ORDER

THIS MATTER is before the Court on the parties' Stipulation of Dismissal (ECF No. 51), filed on March 19, 2025, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties represent that all matters of controversy have been fully resolved and compromised. Accordingly, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE. Upon agreement, the parties will bear their own costs and attorneys' fees.

The Clerk is directed to send a copy of this Order to all counsel of record.

This case is CLOSED.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: March 20, 2025
Richmond, VA